1000

No. 750, Misc.   SMITH ET AL. *v.* NEW JERSEY.   C. A. 3d Cir.   Certiorari denied.   *Hymen B. Mintz* for petitioners.

No. 889, Misc.   ANDERSON *v.* KROPP, WARDEN.   Supreme Court of Michigan.   Certiorari denied.   Petitioner *pro se.   Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Donald T. Kane,* Assistant Attorney General, for respondent.

No. 957, Misc.   CLAY *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 982, Misc.   REYNOLDS *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 1139, Misc.   REYNOLDS *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.   *Philip J. Mylod* for petitioner.

No. 1088, Misc.   RANDAZZO ET AL. *v.* CALIFORNIA.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.   *A. L. Wirin* and *Fred Okrand* for petitioners.   *Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for respondent.

No. 1206, Misc.   THOMAS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox* for the United States.